UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| MICHAEL STEWART, an individual, | ) |
| Plaintiff, | ) Case no. 3:14-CV-00239-LRH-(VPC) |
| vs. | ) ORDER |
| SOUNDMATTERS INTERNATIONAL, INC., a Delaware corporation; SOUNDMATTERS ASIA, INC., a Nevada corporation; GODEHARD GUENTHER, an individual; | ) |
| Defendants. | ) |

Before the court is the parties' Joint Status Report (#31)[1]. In their report, the parties state they have not been able to reach a settlement and request that the current stay on this matter be lifted. GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that the stay in this matter is lifted.

IT IS SO ORDERED.

DATED this 14th day of November, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Refers to the court's docketing number.