**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL STEWART, an individual, | Case No.: 3:14-CV-00239-LRH-VPC |
| Plaintiff, | **STIPULATION AND ORDER TO STAY CASE** |
| vs. | |
| SOUNDMATTERS INTERNATIONAL, INC., a Delaware corporation; SOUNDMATTERS ASIA, INC., a Nevada corporation; GODEHARD GUENTHER, an individual, | **[SECOND REQUEST]** |
| Defendants. | |

**STIPULATION**

Plaintiff Michael Stewart ("Plaintiff") and Defendants Soundmatters International, Inc., Soundmatters Asia, Inc., and Godehard Guenther by and through his estate (collectively "Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

      1.      A settlement conference was held between the parties on October 8, 2014, with Magistrate Judge Cooke.  No settlement was reached at the settlement conference.

      2.      The parties have recently re-commenced settlement negotiations and a draft settlement agreement has been exchanged.  The parties need additional time to finalize the terms of the settlement agreement.

3. The parties wish to avoid the expenditure of time and money on discovery and related matters while they work on the terms of the settlement.

4. The Court previously granted one three (3) week stay for this action (Doc. No. 30).

5. The parties now wish to enter into a second stay as they continue to work on finalizing a settlement agreement.

6. Accordingly, the parties request that the Court enter an order: (a) staying these proceedings for an additional 30 days; (b) requiring the parties to submit a status report on the date such stay expires; and (c) if the parties do not complete settlement within this period, extending the discovery cutoff and remaining deadlines by 30 days.

7. Accordingly, the parties stipulate and respectfully request that this Court enter an order staying this case and all associated deadlines for thirty (30) days, until **April 24, 2015**. The parties will provide this Court with a status report on or before **April 24, 2015**.

8. The parties also stipulate and respectfully request that this Court take no action on Defendants' motions to dismiss during the requested stay period. (*See* Doc. ##19-20).

9. This stipulation is made in good faith and not in an attempt to delay proceedings.

10. Nothing in this stipulation shall be deemed a waiver of any rights or remedies belonging to any party hereto.

///
///
///
///
///
///
///
///
///
///

**IT IS SO STIPULATED:**

Dated this 24th day of March, 2015.          Dated this 24th day of March, 2015.

By:  /s/ Matthew D. Francis                          By:  /s/ Anthony L. Hall
     Matthew D. Francis, Esq.                          Anthony L. Hall, Esq.
     Nevada Bar No. 6978                               Nevada Bar No. 5977
     Arthur A. Zorio, Esq.                             Deanna C. Brinkerhoff, Esq.
     Nevada Bar No. 6547                               Nevada Bar No. 11066
     WATSON ROUNDS                                     HOLLAND & HART LLP
     5371 Kietzke Lane                                 5441 Kietzke Lane, Second Floor
     Reno, Nevada 89511                                Reno, Nevada 89511
     Telephone: 775-324-4100                           Telephone: 775-327-3000
     Facsimile: 775-333-8171                           Facsimile: 775-786-6179

     *Attorneys for Plaintiff*                         *Attorneys for Defendants*

<strong><u>ORDER</u></strong>

IT IS SO ORDERED.

DATED this 30th day of March, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE